RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK

DATE _1_/_7_/_14_

*JDB*

a

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **LINDA APETOH (#A205-534-080)** | **DOCKET NO. 13-cv-3089; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **ERIC HOLDER, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

<u>**REPORT AND RECOMMENDATION**</u>

Before the Court is a petition for writ of *habeas corpus* (28 U.S.C. §2241) filed by pro se Petitioner Linda Mofor Apetoh. Petitioner was an immigration detainee in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE).  At the time of filing, Petitioner was detained at the LaSalle Detention Center in Jena, Louisiana. However, according to the U.S. Immigration and Customs Enforcement (ICE), Petitioner is no longer in custody.

Petitioner has demanded immediate release, and according to ICE, Petitioner is no longer in custody.  Thus, Petitioner's *habeas* challenge to post-removal-order detention is now moot and should be dismissed.

Therefore, **IT IS RECOMMENDED** that the Petition for Writ of *Habeas Corpus* be **DISMISSED AS MOOT.**

### *Objections*

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific,

written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed.  Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

**THUS DONE AND SIGNED** in chambers, in Alexandria, Louisiana, on this ___ day of January, 2014.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

2