RECEIVED
MAR - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LINDA APETOH (#A205-534-080) | DOCKET NO. 13-cv-3089; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| ERIC HOLDER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's §2241 application be and is hereby **DISMISSED AS MOOT**.

Additionally, the Court notes the copy of the report and recommendation mailed January 07, 2014 to Ms. Apetoh's last known address was returned to the Clerk of Court on January 15, 2014, marked "return to sender." Thirty days have passed since January 15, 2014, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 6th day of March, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT